JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MARITZA JOSE B.,

            Plaintiff,

    v.

FRANK BISIGNANO,
Commissioner of Social Security,

           Defendant.

Case No. CV 25-7637-E

**JUDGMENT**

IT IS HEREBY ADJUDGED that judgment is entered in favor of Defendant and the action is dismissed with prejudice.

DATED:  February 10, 2026

_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE